DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RICKEY DARRELL LEAKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1607

————————————————

May 29, 2024

Appeal from the Circuit Court for Pinellas County; Shawn Crane, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.